**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:09-CV-113-FDW-DCK**

| | |
|---|---|
| **CASSANDRA BOTT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **U.S. AIRWAYS, INC., ET AL.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

This matter is before the Court on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 20) filed January 26, 2010 for admission of Vicki L. Gillette as counsel *pro hac vice* on behalf of Defendant U.S. Airways, Inc.

Upon review and consideration of the Motion, the Court will <u>grant</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Gillette shall be admitted to appear before this court pro hac vice on behalf of Defendant U.S. Airways, Inc. It appears that Ms. Gillette has associated Brian S. Clarke of Littler Mendelson, P.C. as local counsel.

Signed: January 27, 2010

David C. Keesler
United States Magistrate Judge